IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03148-DDD-MEH

SHEMIA PARKER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

TTEC HOLDINGS, INC.,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on December 31, 2024.**

    At the Parties' request, the Fed. R. Civ. P. 16(b) Scheduling Conference currently set for January 15, 2025, is **reset** to **January 30, 2025**, at **10:30 a.m.,** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The Parties may, however, waive the Scheduling Conference as set forth below.

    It is further ORDERED that counsel for the Parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **January 16, 2025** and jointly prepare a proposed Scheduling Order *using the "Proposed Scheduling Order in an ERISA Action" template on the District's website available at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx*. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than thirty days after the Rule 26(f) meeting, unless the Parties stipulate or the Court orders otherwise.

    **No later than five business days** prior to the Scheduling Conference, the Parties shall (1) file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures and (2) submit **the proposed Scheduling Order in Word format by joint email, copying all Parties, to Chief Magistrate Judge Hegarty at *hegarty_chambers@cod.uscourts.gov*.** <u>When emailing the Word copy to Chief Magistrate Judge Hegarty's Chambers, counsel shall confirm if the Scheduling Order is stipulated and they waive the Scheduling Conference, or if they want to proceed with the Scheduling Conference as scheduled.</u>

    Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may request to appear at Scheduling

Conferences by telephone. Please **call** Chambers at (303) 844-4507 at least **two business days** prior to the Scheduling Conference to request appearance by telephone.

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any Party in this case is participating in ECF, it is the responsibility of that Party to file the proposed Scheduling Order pursuant to the District of Colorado ECF Procedures.

The Parties or counsel attending the Scheduling Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference nor to have the Parties present.

Any out-of-state counsel shall comply with D.C.COLO.LAttyR 3 prior to the Scheduling Conference.

The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all Parties, to *hegarty_chambers@cod.uscourts.gov*. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment; D.C.COLO.MJ VI. The Court will determine at the conference whether to grant the movant leave to file the motion. D.C.COLO.MJ VI.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C.COLO.LCivR 83.2(b).**